No. 95–190.  KNAPP ET AL. *v.* UNITED STATES.  C. A. 9th Cir. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *United States* v. *Gaudin,* 515 U. S. 506 (1995).

No. 95–5200.  GRANTHAM *v.* UNITED STATES.  C. A. 11th Cir. Motion of petitioner for leave to proceed *in forma pauperis* granted.  Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–5419.  ROSS *v.* UNITED STATES.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–5473.  BROWN *v.* UNITED STATES.  C. A. 11th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–5572.  BONNER *v.* UNITED STATES.  C. A. 6th Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–5822.  MARIETTE *v.* UNITED STATES.  C. A. 2d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.

No. 95–5827.  LANIER *v.* UNITED STATES.  C. A. 2d Cir.  Motion of petitioner for leave to proceed *in forma pauperis* granted. Certiorari granted, judgment vacated, and case remanded for further consideration in light of *Bailey* v. *United States, ante,* p. 137.